EDITH L. SASSE, Appellant, *v.* ORDER OF UNITED COM-
MERCIAL TRAVELERS OF AMERICA, Respondent.

*Sasse v. Order of United Commercial Travelers of America,* 179
App. Div. 927, modified.

(Argued April 25, 1919; decided May 20, 1919.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered July 19, 1917, *unanimously* affirming
a judgment in favor of defendant, entered upon an order
of the court at a Trial Term setting aside a verdict ·in

favor of plaintiff and directing a dismissal of the complaint on the merits. The action was to recover the amount of a death benefit provided for in defendant's constitution to be paid to a designated beneficiary upon death of a member through accident. The complaint was dismissed upon the ground that the plaintiff had failed to give notice to the defendant of the death within the time required by its constitution.

*Frederick Hulse* for appellant.

*H. B. Bradbury* for respondent.

Judgments modified by striking out provision " on the merits " and as so modified affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.